May 26, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

NAYAJAH  NIYA  DAVIS, Appellant

NO. 14-15-00344-CR
NO. 14-15-00345-CR                                    V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.